IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

PROBIOTECH, INC.

                Plaintiff,

    vs.                                   Civil Action No.
                                       5:05-CV-1130 (GTS/DEP)

ALLTECH, INC.,

                Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| HARTER, SECREST LAW FIRM<br>1600 Bausch & Lomb Place<br>Rochester, New York 14064 | PETER H. ABDELLA, ESQ.<br>JERAULD E. BRYDGES, ESQ. |
| FOR DEFENDANT: | |
| HANCOCK, ESTABROOK LAW FIRM<br>1500 AXA Tower I<br>Syracuse, New York 13221 | JOHN G. POWERS, ESQ.<br>JAMES E. HUGHES, ESQ. |
| O'CONNOR, O'CONNOR LAW FIRM<br>20 Corporate Woods Boulevard<br>Albany, New York 12211 | PETER B. JOSLIN, JR. |

GLENN T. SUDDABY, U.S. DISTRICT JUDGE

## JUDGMENT DISMISSING ACTION BASED UPON SETTLEMENT

     The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Counsel has also advised the Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2) The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>"** in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve by electronic means copies of this Judgment upon counsel in this matter.

Dated:     September 17, 2010
           Syracuse, New York

*[signature]*
Hon. Glenn T. Suddaby
U.S. District Judge

2